**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00287-CV

————————————

## IN RE HERBERT KOBAYASHI, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Herbert Kobayashi has filed a petition for writ of mandamus to withdraw the trial court's order granting a motion for new trial.[1] We deny mandamus relief without prejudice to refiling. *See* TEX. R. APP. P. 52.7(a)(1) (requiring "certified or sworn copy of every document that is material to the

---

[1] The underlying case is *Estate of Lily Kobayashi Landress, Deceased*, cause number 491,559, pending in the Probate Court No. 1 of Harris County, Texas, the Honorable Jerry Simoneaux presiding.

relator's claim for relief and that was filed in any underlying proceeding"). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.